## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

JERMAINE ALLEN OSBY,

        Petitioner,

                                        Case No.  2:14-cv-153

v.

                                        HON. ROBERT HOLMES BELL

CATHERINE BAUMAN,

        Respondent.

_____/

## ORDER

    In accordance with the opinion entered on this day:

    **IT IS HEREBY ORDERED** that Petitioner's objections to the R&R (ECF No. 23) are **OVERRULED**.

    **IT IS FURTHER ORDERED** that the R&R (ECF No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.  28 U.S.C. § 2253(c).  Reasonable jurists would not disagree with the Court's conclusion that the claims are meritless and/or procedurally defaulted.  *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

Dated: November 28, 2016               /s/ Robert Holmes Bell_____
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE